DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Jefferson Pilot Fin. Ins. Co. v. Marsh USA, Inc.<br><br>Case below:<br>159 N.C. App. 43 | No. 532P03 | 1.  Def's (Hartford) PDR Under N.C.G.S. § 7A-31 (COA02-1386, COA02-1484)<br><br>2.  Def's (Marsh USA) Conditional PDR | 1. Denied<br><br>2. Dismissed as moot |
| Jeffrey R. Kennedy, D.D.S., P.A. v. Kennedy<br><br>Case below:<br>160 N.C. App. 1 | No. 500A03 | 1.  Defs' NOA Based Upon a Dissent (COA02-1198)<br><br>2.  Defs' Petition for Writ of Supersedeas<br><br>3.  Defs' PDR as to Additional Issues<br><br>4.  Defs' Motion to Amend Petition for Writ of Supersedeas<br><br>5.  Plt's Motion for Temporary Stay of Appellate Proceedings<br><br><br>6.  Joint Motion of Plt and Defs for Dismissal | 1. ——<br><br>2. Dismissed<br><br>3. Dismissed<br><br>4. Dismissed<br><br>5. Allowed for 15 days **10/24/03**<br><br>6. Allowed |
| Lambert v. Cartwright<br><br>Case below:<br>160 N.C. App. 73 | No. 533P03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-961 | Denied |
| McHam v. N.C. Mut. Life Ins. Co.<br><br>Case below:<br>141 N.C. App. 350 | No. 597P03 | Plt's PWC to Review the Decision of the COA (COA99-1458) | Denied **11/19/03**<br><br>**Edmunds, J., recused** |
| Morris Communications Corp. v. Board of Adjust. for the City of Gastonia<br><br>Case below:<br>159 N.C. App. 598 | No. 483A03 | Respondent-Appellee's Motion to Dismiss Appeal (COA02-1233) | Allowed |
| Northwestern Nat'l Bank v. Western & S. Life Ins.Co.<br><br>Case below:<br>158 N.C. App. 312 | No. 350P03 | 1.  Def's (Western and Southern Life Ins. Co.) NOA Based Upon a Constitutional Question (COA02-760)<br><br>2.  Def's (Western and Southern Life Ins. Co.) PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |